**EXHIBIT C**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Titus Willis, #190961

    Plaintiff,

v.

Corizon of Michigan, et al

    Defendants,

Case No.: 2:21-cv-11184
District Judge: Paul D. Borman
Magistrate Judge: David R. Grand

| TITUS WILLIS, #190961 | CHAPMAN LAW GROUP |
|---|---|
| Lakeland Correctional Facility | Wedad Suleiman (P81970) |
| 141 First St. | Attorney for Defendants Corizon Health, Inc., |
| Coldwater, MI 49036 | Charles Jamsen, M.D., and Alicia Tschirhart, M.D. |
| *Pro Se Plaintiff* | 1441 West Long Lake Rd., Suite 310 |
| | Troy, MI 48098 |
| | (248) 644-6326 |
| | wsuleiman@chapmanlawgroup.com |

## **DECLARATION OF RICHARD D. RUSSELL**

I, RICHARD D. RUSSELL, having been duly sworn, depose and say:

1. If sworn as a witness, I can testify competently and with personal knowledge to the facts contained within this affidavit.

2. I am presently the Hearings Administrator and Grievance Section Manager within the Office of Legal Affairs of the Michigan Department of Corrections (MDOC), with my office in Lansing, Michigan. I have held the position of Grievance Section Manager since October 2009.

3. The grievance process for the MDOC consists of three steps which are defined in Policy Directive 03.02.130, "Prisoner/Parolee Grievances".

4. Step I of the grievance process provides that if the grievant is unable to resolve the issue with staff, the grievant may file a formal grievance to the institutional grievance coordinator. An appropriate staff member is assigned to respond to the grievance.

5. If the grievant is not satisfied with the response provided at Step I, an appeal of that decision may be filed to Step II. The warden or the area manager generally responds to Step II grievances unless they delegate the response to a staff member that has administrative responsibility.

6. If the grievant does not agree with the Step II response, an appeal of that decision may be filed to Step III at the Grievance Section of the Office of Legal Affairs in Lansing, MI.

7. The grievant is responsible for mailing the following documents to the Office of Legal Affairs when appealing a decision to Step III:

    a) Step I Grievance

    b) Step I Response

    c) Step II Appeal

    d) Step II Response

    e) Step III Appeal

8. When a Step III grievance is received in the Grievance Section, it is date-stamped by clerical staff and entered into the Grievance Tracking database.

9. If the appeal is complete, a grievance specialist assures that all tracking data, including the grievance code assigned by the local grievance coordinator, is entered into the grievance tracking database.

10. The grievance specialist researches the information and facts regarding the issues raised in the grievance. The investigation may be conducted through contact with the appropriate facility staff and other sources within the Department. The grievance specialist drafts a recommendation for decision on the grievance and, if needed seeks advice of the Manager of the Grievance Section and adjustments are made if necessary

11. The signature of the Manager of the Grievance Section on the Step III response attests to completion of the decision making process.

12. Final grievance decisions are returned to clerical staff for processing, including designation of a return date and final data entry. Copies of the grievance decisions are sent to the appropriate warden and the grievant. A copy is retained in the Office of Legal Affairs.

13. A search for records of Step III grievances involves a database inquiry and comparison of file materials with the database. All Step III grievance appeals are recorded on the database.

14. Prior to 2019, all Step III appeals, whether or not it met the policy requirements were entered into the database. If on the surface it was apparent there were missing documents required under policy, the appeal was returned under a cover letter indicating what further documents were required, along with all documents submitted by the prisoner.

15. From 2019 to the present, if it appears that the required documentation identified in Paragraph seven (7) is missing, the appeal is simply rejected at Step III.

16. A review of the Step III grievances filed by Titus Willis reveal a total of one (1) Step III grievance appeals were received at the Grievance Section of the Office of Legal Affairs.

17. In relation to Grievance JCF-18-12-2617-12E3, Titus Willis did not mail the required documentation identified in Paragraph seven (7) to the Office of Legal Affairs. Step I and II responses were not scanned into the file as these documents were not received. Thus, the Step III Grievance was rejected.

18. I sent a letter to Mr. Willis dated June 13, 2019, indicating he did not submit his Step II materials as required. I did not receive any further documentation related to Grievance 2617. As such, it was rejected.

19. If the required documentation had been received at the Grievance Section of the Office of Legal Affairs, in Lansing, MI., it would have been entered into the Grievance Tracking database and the process outlined above in paragraphs eight through thirteen (8-13) would have been followed.

20. At all times, I acted in good faith, within the scope of my authority, and in accordance with my understanding of the statutes, rules, and policies governing the MDOC.

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND ACCURATE.

Date: September 10, 2021

*RD Russell*

Richard D. Russell, MM
Hearings Administrator and
Grievance Section Manager
Michigan Department of Corrections