UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TITUS WILLIS,

    Plaintiff,

v.

CORIZON OF MICHIGAN, *et al.*,

    Defendants.

_____/

Case No. 21-cv-11184

Paul D. Borman
United States District Judge

David R. Grand
United States Magistrate Judge

**ORDER:
(1) ADOPTING MAGISTRATE JUDGE DAVID R. GRAND'S
JULY 18, 2022 REPORT AND RECOMMENDATION (ECF NO. 61);
(2) GRANTING CORIZON DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT FOR FAILURE TO EXHAUST ADMINISTRATIVE
REMEDIES (ECF NO. 15);
(3) GRANTING RADIOLOGIST DEFENDANTS' MOTION TO DISMISS
AND FOR SUMMARY JUDGMENT (ECF NO. 26);
(4) GRANTING HENRY FORD DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM (ECF NO. 33);
(5) GRANTING IN PART AND DENYING IN PART MDOC
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON THE BASIS
OF EXHAUSTION (ECF NO. 37);
(6) DISMISSING ALL CLAIMS AGAINST ALL DEFENDANTS EXCEPT
THE INDIVIDUAL CAPACITY CLAIMS AGAINST MDOC
DEFENDANTS ANTHONY STEWART, SOPHIA BRADLEY, LAURA B.
DAVENPORT, AND DAREL WOOLSEY; AND
(7) DISMISSING PLAINITFF'S STATE LAW CLAIMS WITHOUT
PREJUDICE.**

On July 18, 2022, Magistrate Judge David R. Grand issued a Report and Recommendation to grant in part and deny in part MDOC Defendants' Motion for Summary Judgment (ECF No. 37), and to grant the Corizon Defendants' Motion for

Summary Judgment (ECF No. 15), the Radiologist Defendants' Motion to Dismiss and for Summary Judgment (ECF No. 26), and the Henry Ford Defendants' Motion to Dismiss (ECF No. 33).  (ECF No. 61, Report and Recommendation.) Specifically, the Magistrate Judge recommended that all claims against all defendants, other than the individual capacity claims against MDOC defendants Anthony Stewart, Sophia Bradley, Laura B. Davenport,[1] and Darel Woolsey, be dismissed, and that Plaintiff's state law claims be dismissed without prejudice.

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Grand's July 18, 2022 Report and Recommendation (ECF No. 61) is ADOPTED;

(2) the Corizon Defendants' Motion for Summary Judgment (ECF No. 15) is GRANTED;

(3) the Radiologist Defendants' Motion to Dismiss and for Summary Judgment (ECF No. 26) is GRANTED;

(4) the Henry Ford Defendants' Motion to Dismiss (ECF No. 33) is GRANTED;

---

[1] Magistrate Judge Grand notes that it appears that defendant Laura B. Davenport remains unserved in this case, and that the Court will issue an appropriate order regarding the lack of service. (ECF No. 61, fn.1, PageID.575.)

(5) the MDOC Defendants' Motion for Summary Judgment (ECF No. 37) is GRANTED IN PART and DENIED IN PART;

(6) all claims against defendants, other than the individual capacity claims against MDOC defendants Anthony Stewart, Sophia Bradley, Laura B. Davenport, and Darel Woolsey, are DISMISSED; and

(7) Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE.

This Order does not close the case, which will proceed with Plaintiff's claims against Defendants Anthony Stewart, Sophia Bradley, Laura B. Davenport, and Darel Woolsey, in their individual capacities only.

IT IS SO ORDERED.

Dated: August 12, 2022

s/Paul D. Borman  `
Paul D. Borman
United States District Judge