UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TITUS WILLIS,                                        Case No. 21-11184

      Plaintiff,                                  F. Kay Behm
v.                                                   United States District Judge

CORIZON OF MICHIGAN, *et al.*,                       David R. Grand
                                                     United States Magistrate Judge

      Defendants.

_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S AUGUST 8, 2023
<u>REPORT AND RECOMMENDATION (ECF No. 92)</u>**

Currently before the court is Magistrate Judge Magistrate Judge David R. Grand's August 8, 2023 Report and Recommendation. (ECF No. 92). Magistrate Judge Grand recommends that the MDOC Defendants' motion for summary judgment be granted and that another MDOC employee, Laura Davenport, who has not yet been served with the complaint, also be dismissed. (ECF No. 92). The court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The court nevertheless agrees

1

with the Magistrate Judge's recommended disposition.  Therefore, the Court

**ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF

No. 92), GRANTS the motion for summary judgment (ECF No. 75), **DISMISSES**

Defendant Davenport and **DISMISSES** the complaint with prejudice.

     **SO ORDERED**.

Date: September 15, 2023            s/F. Kay Behm
                                         F. Kay Behm
                                         United States District Judge