UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Nov 15, 2023
DEBORAH S. HUNT, Clerk

No. 23-1799

TITUS C. WILLIS,

> Plaintiff-Appellant,

v.

CORIZON HEALTHCARE OF MICHIGAN, aka
Corizon Health, Inc., et al.,

> Defendants-Appellees.

Before:  BOGGS, BATCHELDER, and GIBBONS, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk